UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

    Plaintiffs,

 -against-       07 Civ.

GREGORY SOPEL D/B/A EVANGELION66
D/B/A SOPEL2132 D/B/A KALEIDOSTAR
D/B/A SOLUTIONZNER AND
JOHN DOES NOS. 1-5,

    Defendants.

- - - - - - - - - - - - - - - - - x



JUDGE CHIN
07 CIV 7889

RECEIVED
SEP 07 2007
U.S.D.C. S.D. N.Y.
CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The McGraw-Hill Companies, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 9/7/07

_____
SIGNATURE OF ATTORNEY