Declaration of Service

LAURA J. SCILEPPI hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an associate at the firm of Dunnegan LLC.

2. On January 8, 2008, I caused to be served by U.S. Mail a true copy of the Notice of Dismissal on defendant Gregory Sopel at:

> Gregory Sopel d/b/a evangelion66
> d/b/a sopel2131 d/b/a kaleidostar
> d/b/a solutionzner
> 2131 Dominion Blvd.
> Windsor, ON N9B3H9 Canada

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January 2008.

_____
Laura J. Scileppi